# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURDEEP SINGH, et al, | CASE NO.   1:10-cv-0365-LJO-SKO |
| Plaintiffs, | ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER; VACATING JUNE 9, 2010, SCHEDULING CONFERENCE AND RESETTING CONFERENCE TO JULY 14, 2010. |
| v. | |
| GERARD HEINAUER, Director, USCIS Nebraska Service Center, et al., | |
| Defendants. | |

On May 5, 2010, the parties filed a joint stipulation stating that they are attempting to resolve this matter at the administrative level.  To allow time for a resolution, Defendants request an additional sixty (60) days to file an answer to Plaintiffs' complaint.  Plaintiffs do not oppose Defendants' request for additional time to file an answer.   The parties also agree and request that this Court vacate the current scheduling conference set for June 9, 2010, and reset it to a date after Defendants' answer is filed.

Accordingly, the Defendants' answer shall be filed on or before July 7, 2010.  The scheduling conference now set for June 9, 2010, is vacated and the scheduling conference shall instead be held on July 14, 2010, at 9:45 a.m.

///

///

1  To the extent that this matter is not resolved at the administrative level, the parties are
2  reminded that a joint scheduling report must be filed with the Court seven (7) days prior to the
3  July 14, 2010, conference.

4

5  IT IS SO ORDERED.

6  **Dated:   May 6, 2010**                    /s/ Sheila K. Oberto
                                               UNITED STATES MAGISTRATE JUDGE