1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GURDEEP SINGH, | No. 10-cv-F-365 LJO SKO |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: DISMISSAL |
| v. | |
| Gerard Heinauer, Director, USCIS Nebraska Service Center, et al. | |
| Defendants. | |

   This is an immigration case in which plaintiffs have challenged the delay in the adjudication of their asylee relative petitions by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that as of the time of this filing, the applications have been adjudicated. Accordingly, the parties stipulate to dismissal of this action as moot.

Dated: June 28, 2010

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                        By:   /s/Audrey Hemesath
                              Audrey B. Hemesath
                              Assistant U.S. Attorney
                              Attorneys for the Defendants

                        By:   /s/ Robert B. Jobe
                              Robert B. Jobe
                              Attorney for the Plaintiff

-1-

1
2
3     ORDER
4     Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY
      ORDERED that the matter is dismissed as moot.  This action is closed in its entirety.
5
6
7     IT IS SO ORDERED.

      **Dated:**   **June 30, 2010**                                    /s/ Lawrence J. O'Neill
8                                                                    UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28